GRIFFIN,
concurring specially.
Another of the matters unclear from this record is the reason why Frank was charged with a first-degree felony in Count I instead of a capital sexual battery, the crime for which he was arrested. Based on the evidence contained in the Probable Cause Affidavit, including Frank’s own admissions, such a charge, or charges,[1] appear to have been available. See § 794.011(2)(a), Fla. Stat. (2003); Coleman v. State, 484 So.2d 624 (Fla. 1st DCA 1986). For such a charge, there is no statute of limitations. § 775.15(1)(a), Fla. Stat. (2003). If Frank succeeds in having his plea and conviction on the second-degree felony set aside, he might find himself facing substantially greater exposure. His counsel may have recognized a good deal when he saw one.

. See State v. Meshell, 2 So.3d 132 (Fla.2009).